RECEIVED
IN LAKE CHARLES, LA.

JUN 4 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DOUGLAS TIGNOR, | * | CIVIL ACTION NO. 2:13-CV-1255 |
| Plaintiff, | * | |
| V. | * | SECTION P |
| CHARLES MAIORANA, | * | JUDGE PATRICIA MINALDI |
| Defendant | * | MAG. JUDGE KATHLEEN KAY |

*******************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 3] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's petition for *habeas corpus* be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 3 day of June, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE